Charles H. Chevalier
Christine A. Gaddis
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4611
cchevalier@gibbonslaw.com
cgaddis@gibbonslaw.com

Of Counsel:

Jeffrey J. Oelke
Ryan P. Johnson
Robert E. Counihan
Laura T. Moran
So Yeon Choe
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, New York 10010-6035
(212) 430-2600

Erica R. Sutter
FENWICK & WEST LLP
801 California Street
Mountain View, California 94041
(650) 988-8500
*Attorneys for Plaintiffs Novo Nordisk Inc.
and Novo Nordisk A/S*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SANDOZ INC.,<br><br>                    Defendant. | C.A. No. 3:20-cv-6842-MAS-DEA<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>*Document Electronically Filed* |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S, by and through their undersigned attorneys, hereby voluntarily dismiss, without prejudice, all claims relating to the Complaint filed in the above-captioned matter.

Dated: August 4, 2020

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jeffrey J. Oelke<br>Ryan P. Johnson<br>Robert E. Counihan<br>Laura T. Moran<br>So Yeon Choe<br>FENWICK & WEST LLP<br>902 Broadway, Suite 14<br>New York, New York 10010-6035<br>(212) 430-2600<br><br>Erica R. Sutter<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, California 94041<br>(650) 988-8500 | GIBBONS P.C.<br><br>s/ Charles H. Chevalier<br>Charles H. Chevalier<br>Christine A. Gaddis<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4611<br>cchevalier@gibbonslaw.com<br>cgaddis@gibbonslaw.com<br><br>*Attorneys for Novo Nordisk Inc. and Novo Nordisk A/S* |